THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR24-157-JNW |
| ) | |
| Plaintiff, ) | |
| ) | ~~(PROPOSED)~~ ORDER MODIFYING |
| v. ) | CONDITIONS OF PRETRIAL BOND |
| ) | |
| KALVIN GOINS, ) | |
| ) | |
| Defendant. ) | |

THE COURT has considered Kalvin Goins' unopposed motion to modify conditions of pretrial bond and the records in this case.

IT IS ORDERED the first bullet point of the Other Special Conditions of the Appearance Bond is stricken:

> The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant is restricted to his/her residence at all times except for employment, religious services, medical, legal reasons, or as otherwise approved by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist. **The location monitoring specialist will coordinate the defendant's release with the U.S. Marshals**.

Dkt. 19. The condition shall be modified to state:

> The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant shall comply with a curfew as directed by the location monitoring specialist. The defendant shall abide by all program requirements, and must

ORDER MODIFYING CONDITIONS OF
PRETRIAL BOND
(*United States v. Goins*, CR24-157-JNW) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

DONE this 12th day of May 2025.

                                        *Jamal W*
                                        _____
                                        JAMAL N. WHITEHEAD
                                        UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender
Attorney for Kalvin Goins

ORDER MODIFYING CONDITIONS OF
PRETRIAL BOND
(*United States v. Goins*, CR24-157-JNW) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100