THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,            )   No. CR24-157-JNW
                                     )
                Plaintiff,           )
                                     )
        v.                           )   ORDER TO EXTEND SELF-
                                     )   SURRENDER DATE
KALVIN GOINS,                        )
                                     )
                Defendant.           )
_____)

THIS COURT has reviewed Kalvin Goins's motion to extend his self-surrender date along with the records in this case.

IT IS ORDERED that the date by which Mr. Goins is to report to the Bureau of Prisons is extended to July 1, 2026.

DATED this 22nd day of May, 2026.

_____
JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Geist*
Assistant Federal Public Defender

ORDER TO EXTEND SELF-
SURRENDER DATE
(*United States v. Goins*, CR24-157-JNW) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**